The People of the State of New York ex rel. Isaac Leroy, Appellant, v. John H. Foley, Respondent. — Judgment affirmed, with costs. No opinion.

Nicholas J. Barry, Respondent, v. Bridget Gibbons, Appellant.—Order affirmed, with costs and disbursements. No opinion. Herrick, J., not acting.

Robert A. Johnston, Appellant, v. Joseph Meany, Executor of the Last Will and Testament of Patrick W. O'Reilly, Deceased, Respondent.—Order denying motion to open default affirmed. Order granting extra allowance reversed, — without costs. No opinion. Herrick, J., not acting.

Thomas S. Safford, Appellant, v. Frank D. Safford, Respondent.—Order affirmed, with costs and disbursements. No opinion. Putnam, J., not acting.

John A. Smith, Respondent, v. The Central Vermont Railroad Company, Appellant.— Judgment affirmed, with costs. No opinion.

Jeremiah B. Keech, Appellant, v. Gilbert G. Ottman and William R. Ottman, Respondents.—Judgment affirmed, with costs. No opinion.